IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00943-PSF-PAC

MARION P FORCE,

    Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO, a Colorado nonprofit corporation,
  d/b/a Centura Health – St. Anthony North Hospital,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 22). The Court having reviewed the Stipulation and being fully advised, it is hereby

ORDERED that this action is hereby DISMISSED WITH PREJUDICE, each party to pay his or its own attorney's fees and costs.

DATED: November 16, 2006

                              BY THE COURT:

                              *s/ Phillip S. Figa*

                              _____
                              Phillip S. Figa
                              United States District Judge